# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

October 31, 2019

## Before

FRANK H. EASTERBROOK, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

| | |
|---|---|
| No. 18-2844<br><br>STANISLAW STERLINSKI,<br> *Plaintiff-Appellant,*<br><br> *v.*<br><br>CATHOLIC BISHOP OF CHICAGO,<br> *Defendant-Appellee.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 16 C 00596<br>Edmond E. Chang, *Judge.* |

## Order

The opinion of this court issued on August 8, 2019, is amended as follows:

At the end of the paragraph that carries from page 4 to page 5 add, "Sterlinski has not contended that non-Catholics are ever hired as organists by the Parish, and we need not consider the potential bearing of that possibility."

Plaintiff-appellant filed a petition for rehearing and rehearing en banc on August 22, 2019. No judge in regular active service has requested a vote on the petition for rehearing en banc,* and all of the judges on the panel have voted to deny rehearing. The petition for rehearing is therefore DENIED.

---

* Judge Scudder did not participate in the consideration of this petition.